Prepared by State Reporter from Appeal Papers

PATRICK LA HART, as Administrator of the Estate of ANNA LA HART, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Others.

*Negligence — streets — New York city — municipal corporations — death of passer-by from being struck by falling limb of tree.*

*La Hart* v. *City of New York*, 220 App. Div. 713, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate while passing along West Two Hundred and Thirty-ninth street in the city of New York was struck by a falling limb which broke from a tree on the side of the street and received injuries from which she died.

*George P. Nicholson*, Corporation Counsel (*Elliot S. Benedict* and *J. Joseph Lilly* of counsel), for appellant.
*David Vorhaus* and *Joseph Fischer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.

———

JOSEPH BUGUERO, Appellant, *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Respondent.

*Negligence — master and servant — seamen — ships and shipping — steward on ship injured from fall on stairs — failure of proof of negligence on part of defendant.*

*Buguero* v. *U. S. Shipping Board E. F. Corp.*, 218 App. Div. 553, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL from a judgment, entered February 18, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a

judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. It appeared that plaintiff, a steward on board of one of defendant's steamships, was the last of a line of men carrying bags of soiled linen from the hold to the deck and that while mounting the stairs the man ahead turned so that the bag he was carrying struck plaintiff causing him to fall down the stairs, from which he received the injuries complained of. The Appellate Division held that no negligence was shown on part of defendant.

*James A. Gray* and *William S. Butler* for appellant.

*John C. Donovan, William A. De Groot* and *Irving L. Evans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES ASPINALL, Appellant, *v.* THE CITY OF NEW YORK, Respondent, Impleaded with Another.

*Negligence — motor vehicles — New York city — municipal corporations — injury to plaintiff through negligent operation by city employee of automobile in which plaintiff was riding by invitation — city not liable.*

*Aspinall* v. *City of New York,* 221 App. Div. 753, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1927, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of an employee of defendant city of New York, who having invited the plaintiff and another to ride in an automobile owned by the city